# United States Court of Appeals
## For the First Circuit

No. 22-1723

UNITED STATES,

Appellee,

v.

DANIEL DONALD,

Defendant, Appellant.

**JUDGMENT**

Entered: October 16, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Daniel Donald's convictions are vacated, and the case is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Timothy S. Hillman, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Greg A. Friedholm, Donald Campbell Lockhart, John Todd Mulcahy, Karen Lisa Eisenstadt, Lucy Sun, Gordon Wayne Spencer, Michael Francis Pabian, Daniel Donald