# United States Court of Appeals
## For the First Circuit

No. 22-1723

UNITED STATES,

Appellee,

v.

DANIEL DONALD,

Defendant - Appellant.

**MANDATE**

Entered: November 22, 2023

    In accordance with the judgment of October 16, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Daniel Donald
Karen Lisa Eisenstadt
Greg A. Friedholm
Donald Campbell Lockhart
John Todd Mulcahy
Michael Francis Pabian
Gordon Wayne Spencer
Lucy Sun